IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUAN POZORROW SCOTT, SR. PLAINTIFF

v. Case No. 4:26-cv-04039

OFFICER DOE; HEMPSTEAD COUNTY JAIL;
and DR. JOAN MCLEAN DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on September 25, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Singleton recommends that Plaintiff's complaint be dismissed without prejudice for failure to prosecute and for failure to comply with Court orders. *Id.* at 3.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge